LAWRENCE J. VANDYKE
Deputy Assistant Attorney General
MICHAEL S. SAWYER
Trial Attorney, Natural Resources Section
MICHELLE-ANN C. WILLIAMS
Trial Attorney, Natural Resources Section
H. HUBERT YANG (DC Bar No. 491308)
Senior Trial Attorney, Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 514-5273 (Sawyer)
Tel:  (202) 305-0420 (Williams)
Tel:  (202) 305-0209 (Yang)
E-mail: michael.sawyer@usdoj.gov
E-mail: michelle-ann.williams@usdoj.gov
E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

*(Additional Parties / Counsel on Signature Page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | ) No. 3:19-cv-03263-RS |
| Plaintiffs, | ) |
| | ) JOINT STIPULATION TO CONTINUE |
| v. | ) CASE MANAGEMENT CONFERENCE |
| | ) AND RELATED DEADLINES |
| SCOTT ANGELLE, in his official capacity as Director of the Bureau of Safety and Environmental Enforcement, et al., | ) |
| Defendants. | ) |

Plaintiffs and Defendants hereby stipulate, subject to the Court's approval, to (1) a 28-day continuance, until October 24, 2019, of the case management conference currently scheduled for September 26, 2019, at 10:00 a.m., *see* Docket ("Dkt.") 12, to provide the parties with additional time to confer regarding scheduling, alternative dispute resolution, and other matters; (2) allowing

1  the parties' counsel to appear at the case management conference by telephone and also moving

2  the case management conference to 11:00 a.m. to be held telephonically, in accordance with the

3  clerk's notice, *id*.; and (3) resetting the related deadlines, as follows:

|  | Stipulated Date |
|---|---|
| ADR certifications | October 3, 2019 |
| Case management statement | October 17, 2019 |
| Case management conference | October 24, 2019 at 11:00 a.m |

Dated:  September 19, 2019                            Respectfully submitted,


*/s/ Christopher Eaton*                               LAWRENCE J. VANDYKE
CHRISTOPHER EATON (pro hac vice)                      Deputy Assistant Attorney General
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104                                     */s/ Michael S. Sawyer*
Tel:  (206) 343-7340                                  MICHAEL S. SAWYER
Fax:  (206) 343-1526                                  Trial Attorney
E-mail:  ceaton@earthjustice.org                      Natural Resources Section


*/s/ Brettny Hardy*                                   */s/ Michelle-Ann C. Williams*
BRETTNY HARDY (CSB No. 316231)                        MICHELLE-ANN C. WILLIAMS
Earthjustice                                          Trial Attorney
50 California Street, Suite 500                       Natural Resources Section
San Francisco, CA 94111
Tel:  (415) 217-2000
Fax:  (415) 217-2040                                  */s/ H. Hubert Yang*
E-mail:  bhardy@earthjustice.org                      H. HUBERT YANG (DC Bar No. 491308)
                                                      Senior Trial Attorney
*Attorneys for Plaintiffs Healthy Gulf,*              Wildlife & Marine Resources Section
*Center for Biological Diversity,*                    Environment & Natural Resources Division
*Defenders of Wildlife, and Friends*                  United States Department of Justice
*of the Earth*                                        P.O. Box 7611
                                                      Washington, DC 20044-7611
                                                      Tel:  (202) 514-5273 (Sawyer)
*/s/ Devorah Ancel*                                   Tel:  (202) 305-0420 (Williams)
DEVORAH ANCEL (CSB No. 261038)                        Tel:  (202) 305-0209 (Yang)
Sierra Club                                           Fax:  (202) 305-0275
6406 North IH-35, Suite 1806                          E-mail:  michael.sawyer@usdoj.gov
Austin, TX 78752                                      E-mail:  michelle-ann.williams@usdoj.gov

JT. STIP. TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                                              No. 3:19-cv-03263-RS

| | |
|---|---|
| Tel:  (415) 845-7847 | E-mail:  hubert.yang@usdoj.gov |
| Fax:  (510) 208-3140 | |
| E-mail:  devorah.ancel@sierraclub.org | *Attorneys for Defendants* |

*Attorney for Plaintiffs Sierra Club and Healthy Gulf*

*/s/ David Pettit*
DAVID PETTIT (CSB No. 67128)
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
Tel:  (310) 434-2300
Fax:  (888) 875-6868
E-mail:  dpettit@nrdc.org

*Attorney for Plaintiff Natural Resources Defense Council*

*/s/ Catherine Wannamaker*
CATHERINE WANNAMAKER
(pro hac vice)
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403
Tel:  (843) 720-5270
Fax:  (843) 414-7039
E-mail:  cwannamaker@selcsc.org

*Attorney for Plaintiffs North Carolina Coastal Federation and South Carolina Coastal Conservation League*

JT. STIP. TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                                                          No. 3:19-cv-03263-RS

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2019          By: _____
                                            THE HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing for the signatures of all counsel indicated by a conformed signature ("/s/") within this e-filed document.

                                                  */s/ H. Hubert Yang*
                                                  H. HUBERT YANG
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2019, I electronically filed the foregoing Joint Stipulation To Continue Case Management Conference And Related Deadlines with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ H. Hubert Yang
H. HUBERT YANG
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*