1   LAWRENCE J. VANDYKE
    Deputy Assistant Attorney General
2   MICHAEL S. SAWYER
3   Trial Attorney, Natural Resources Section
    MICHELLE-ANN C. WILLIAMS
4   Trial Attorney, Natural Resources Section
    H. HUBERT YANG (DC Bar No. 491308)
5   Senior Trial Attorney, Wildlife & Marine Resources Section
6   Environment & Natural Resources Division
    United States Department of Justice
7   P.O. Box 7611
    Washington, DC 20044-7611
8   Tel:  (202) 514-5273 (Sawyer)
9   Tel:  (202) 305-0420 (Williams)
    Tel:  (202) 305-0209 (Yang)
10  E-mail:  michael.sawyer@usdoj.gov
    E-mail:  michelle-ann.williams@usdoj.gov
11  E-mail:  hubert.yang@usdoj.gov

12
    *Attorneys for Defendants*
13
14  *(Additional Parties / Counsel on Signature Page)*

15              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION

17
    SIERRA CLUB, et al.,                )   No. 3:19-cv-03263-RS
18                                       )    ORDER
              Plaintiffs,                )   JOINT STIPULATION TO CONTINUE
19                                       )   CASE MANAGEMENT CONFERENCE
         v.                              )   AND RELATED DEADLINES
20                                       )
21  SCOTT ANGELLE, in his official capacity )
    as Director of the Bureau of Safety and )
22  Environmental Enforcement, et al.,   )
                                         )
23            Defendants.                )
24  _____  )

25          Plaintiffs and Defendants hereby stipulate, subject to the Court's approval, to (1) a 28-day

26  continuance, until October 24, 2019, of the case management conference currently scheduled for

27  September 26, 2019, at 10:00 a.m., *see* Docket ("Dkt.") 12, to provide the parties with additional

28  time to confer regarding scheduling, alternative dispute resolution, and other matters; (2) allowing

    JT. STIP. TO CONTINUE CASE MANAGEMENT
    CONFERENCE AND RELATED DEADLINES                    No. 3:19-cv-03263-RS

                                    1

1   the parties' counsel to appear at the case management conference by telephone and also moving

2   the case management conference to 11:00 a.m. to be held telephonically, in accordance with the

3   clerk's notice, *id.*; and (3) resetting the related deadlines, as follows:

|  | Stipulated Date |
|---|---|
| ADR certifications | October 3, 2019 |
| Case management statement | October 17, 2019 |
| Case management conference | October 24, 2019 at 11:00 a.m |

Dated:  September 19, 2019                    Respectfully submitted,


/s/ Christopher Eaton                          LAWRENCE J. VANDYKE
CHRISTOPHER EATON (pro hac vice)               Deputy Assistant Attorney General
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104                              /s/ Michael S. Sawyer
Tel:  (206) 343-7340                           MICHAEL S. SAWYER
Fax:  (206) 343-1526                           Trial Attorney
E-mail:  ceaton@earthjustice.org               Natural Resources Section


/s/ Brettny Hardy                              /s/ Michelle-Ann C. Williams
BRETTNY HARDY (CSB No. 316231)                 MICHELLE-ANN C. WILLIAMS
Earthjustice                                   Trial Attorney
50 California Street, Suite 500                 Natural Resources Section
San Francisco, CA 94111
Tel:  (415) 217-2000
Fax:  (415) 217-2040                           /s/ H. Hubert Yang
E-mail:  bhardy@earthjustice.org               H. HUBERT YANG (DC Bar No. 491308)
                                               Senior Trial Attorney
*Attorneys for Plaintiffs Healthy Gulf,*       Wildlife & Marine Resources Section
*Center for Biological Diversity,*             Environment & Natural Resources Division
*Defenders of Wildlife, and Friends*           United States Department of Justice
*of the Earth*                                 P.O. Box 7611
                                               Washington, DC 20044-7611
                                               Tel:  (202) 514-5273 (Sawyer)
/s/ Devorah Ancel                              Tel:  (202) 305-0420 (Williams)
DEVORAH ANCEL (CSB No. 261038)                 Tel:  (202) 305-0209 (Yang)
Sierra Club                                    Fax:  (202) 305-0275
6406 North IH-35, Suite 1806                   E-mail:  michael.sawyer@usdoj.gov
Austin, TX 78752                               E-mail:  michelle-ann.williams@usdoj.gov


JT. STIP. TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                               No. 3:19-cv-03263-RS

| | |
|---|---|
| Tel: (415) 845-7847 | E-mail: hubert.yang@usdoj.gov |
| Fax: (510) 208-3140 | |
| E-mail: devorah.ancel@sierraclub.org | *Attorneys for Defendants* |

*Attorney for Plaintiffs Sierra Club and Healthy Gulf*


*/s/ David Pettit*
DAVID PETTIT (CSB No. 67128)
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
Tel: (310) 434-2300
Fax: (888) 875-6868
E-mail: dpettit@nrdc.org

*Attorney for Plaintiff Natural Resources Defense Council*


*/s/ Catherine Wannamaker*
CATHERINE WANNAMAKER
(pro hac vice)
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403
Tel: (843) 720-5270
Fax: (843) 414-7039
E-mail: cwannamaker@selcsc.org

*Attorney for Plaintiffs North Carolina Coastal Federation and South Carolina Coastal Conservation League*

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

   Dated: ___9/19_____, 2019      By: _____

4                                THE HONORABLE RICHARD SEEBORG

                                UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JT. STIP. TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                 No. 3:19-cv-03263-RS

| | |
|---|---|
| 1 | **ATTESTATION OF CONCURRENCE** |
| 2 | In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence |
| 3 | in the filing for the signatures of all counsel indicated by a conformed signature ("/s/") within this |
| 4 | e-filed document. |
| 5 | */s/ H. Hubert Yang* |
| 6 | H. HUBERT YANG<br>United States Department of Justice |
| 7 | Environment & Natural Resources Division<br>Wildlife & Marine Resources Section |
| 8 | P.O. Box 7611 |
| 9 | Washington, DC 20044-7611<br>Tel: (202) 305-0209 |
| 10 | Fax: (202) 305-0275<br>E-mail: hubert.yang@usdoj.gov |
| 11 | |
| 12 | *Attorney for Defendants* |